UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12004 RCL

```
_____
                                    )
INDIA HOUSE OF MASSACHUSETTS,       )
INC. d/b/a BOMBAY CLUB,             )
           Plaintiff,               )
                                    )
      v.                            )
                                    )
GRINNELL CORPORATION                )
           Defendant                )
                                    )
_____)
```

**NOTICE OF APPEARANCE**

      Please enter the appearance of Jay S. Gregory, Esq., Young Mee Yun, Esq., and Nicholas A. Ogden, Esq., of Donovan Hatem LLP as counsel for the defendant, Grinnell Corp.

      Respectfully submitted,

      GRINNELL CORP.

      /s/ Nicholas A. Ogden
      Jay S. Gregory, BBO #546708
      Young Mee Yun, BBO #649842
      Nicholas A. Ogden, BBO #644007
      DONOVAN HATEM LLP
      World Trade Center East
      2 Seaport Lane
      Boston, MA 02110
      (617) 406-4500

Dated: April 13, 2005

## **CERTIFICATE OF SERVICE**

I, Nicholas A. Ogden, hereby certify that on this 13th day of April, 2005, I served the foregoing NOTICE OF APPEARANCE by mailing a copy first class, postage prepaid, to:

Robert A. Curley, Jr., Esq.
Curley & Curley, P.C.
27 School Street
Boston, MA 02108

Scott E. Massengill
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, MD 21204

Thomas P. McCusker, Jr., Esq.
580 High Street
P.O. Box 410
Westwood, MA 02090

Kevin G. Libby, Esq.
Monaghan Leahy, LLP
95 Exchange Street
Portland, ME 04112

/s/ Nicholas A. Ogden
Nicholas A. Ogden

00910696