UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12004 RCL

| |
|---|
| INDIA HOUSE OF MASSACHUSETTS, INC. d/b/a BOMBAY CLUB, <br>   Plaintiff <br> v. <br> GRINNELL CORPORATION, <br>   Defendant |

WITHDRAWAL OF APPEARANCE

Now comes Robert A. Curley, Jr., and withdraws his appearance for the Defendant in the above action.   Successor counsel has filed his appearance for the Defendant.

GRINNELL CORPORATION,
By its Attorneys
CURLEY & CURLEY P.C.

/s/ Robert A. Curley, Jr.
Robert A. Curley, Jr., Esq.
27 School Street
Boston   MA   02108
(617)   523-2990
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Thomas P. McCusker, Jr., Esq.
580 High Street
P.O. Box 410
Westwood   MA   02090

-2-

Kevin G. Libby, Esq.
Monaghan Leahy, LLP
95 Exchange Street
Portland   ME   04112

Nicholas A. Ogden, Esq.
Donovan Hatem
Two Seaport Lane
Boston   MA   02210

Dated: _____4/14/05_____          /s/ Robert A. Curley, Jr.
                                  Robert A. Curley, Jr., Esq.
                                  CURLEY & CURLEY P.C.
                                  27 School Street
                                  Boston   MA 02108
                                  (617) 523-2990
                                  BBO # 109180