UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

INDIA HOUSE OF MASSACHUSETTS,
INC. d/b/a BOMBAY CLUB,

        Plaintiff

v.

SIMPLEXGRINNELL, LP.

        Defendant

CIVIL NO. 04 12004 RCL

### STIPULATION OF DISMISSAL

        The parties hereby stipulate that the above matter is dismissed with prejudice and without costs to either party.

DATED at Portland, Maine, on November 17, 2005.


BY:   /s/ Kevin G. Libby
      Kevin G. Libby, Esq.
      *Attorney for Plaintiff*
      PO Box 7046
      Portland ME 04112-7046
      Tel. 207-774-3906

BY:   /s/ Nicholas A. Ogden
      Nicholas A. Ogden, Esq.
      *Attorney for Defendant*
      Donovan Hatem LLP
      World Trade Center East
      2 Seaport Lane Ste 800
      Boston MA 02110-2067
      617-406-4500

BY:   /s/ Patrick Sullivan
      Patrick Sullivan, Esq.
      *Attorney for Defendant*
      Shook Hardy & Bacon LLP
      2555 Grand Blvd.
      Kansas City MO 64108-2613
      816-474-6550

**CERTIFICATE OF SERVICE**

I, Kevin G. Libby, Esq., counsel for the Plaintiff, India House of Massachusetts, Inc. d/b/a/ Bombay Club, hereby certify that I served by electronic mail and/or by regular mail the above Designation of Expert Witnesses to the following counsel of record for the parties:

Nicholas A. Ogden, Esq.
Donovan Hatem LLP
World Trade Center East
2 Seaport Lane Ste 800
Boston MA 02110-2067

Patrick Sullivan, Esq.
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City MO 64108-2613

Thomas P. McCusker, Jr., Esq.
580 High Street
PO Box 410
Westwood MA 02090

DATED at Portland, Maine, on November 17, 2005.

MONAGHAN LEAHY, LLP

Monaghan Leahy, LLP
95 Exchange Street
PO Box 7046
Portland, ME   04112-7046          By:  /s/  Kevin G. Libby
(207) 774-3906                              Kevin G. Libby
(207)  774-3965 (fax)                     Attorney for Plaintiff